IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>PEDRO I MARTINEZ SANTANA<br>Debtor-In-Possession | BANKRUPTCY 16-00032 ESL<br>CHAPTER 11<br>*Filed February 9, 2016*<br>*Status 4/19/2016* |

DIP's REQUEST FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

COMES NOW the debtor through its legal representation who prays:

1. Debtor filed his petition under chapter 11 on February 9, 2016. The §341 Meeting of Creditors has yet to be heard, having been continued to May 6, 2016 at 10:00 a.m.

2. Debtor no longer wishes to continue with his chapter 11 bankruptcy. The stress of the proceedings in conjunction with his age have all but drained him of energy or desire to continue his attempt to sell his property which he had hoped would be administered under his prior chapter 7 liquidation but unfortunately after 4 long years under chapter 7, the property was never administered or the mortgage satisfied to USDA.

3. Debtor has only one creditor in that of USDA, as per claim #1 filed by BPPR.

4. It is in creditors best interest that this debtor voluntarily desist from these proceedings, since the debtor in possession has no strength or desire to reorganize or manage and administer this estate at this time.

5. Debtor understands that after notice and a hearing, the bankruptcy court may dismiss a case if doing so would benefit both the creditors and the debtor.

6. Debtor herein moves for authorization to desist voluntarily from these proceedings since debtor is at this moment unable, due to lack of energy and

   desire due most probably to his advanced age, to reorganize and payout the mortgage to his only creditor.

7. Debtor prays furthermore, that all pending matters be stayed until creditors are given a notice to oppose such request.

WHEREFORE debtor respectfully prays that he be allowed to voluntarily dismiss these proceedings and that a notice of 14 days for objection be granted by this Court for noticing to creditors.

NOTICE TO CREDITORS & PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

CERTIFY that on this same date this motion has been noticed to all creditors and parties in interest: USDA, through Jose Jimenez Esq for BPPR to jfcardonalaw@gmail.com and the U.S. Trustee Counsel Nancy.Pujals@usdoj.gov and to debtor, Pedro I Martinez Santana at PO Box 761, Las Piedras 00771.

DATED: April 19, 2016

s/*L. A. Morales*
LYSSETTE MORALES VIDAL
URB VILLA BLANCA #76 AQUAMARINA
CAGUAS, PUERTO RICO 00725-1908
TEL 787-746-2434 FAX 258-2658
USDC PR #120011
Email lamoraleslawoffice@gmail.com