UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** PEDRO IVAN MARTINEZ SANTANA
**Case Number:** 16-00932-ESL11
**Date / Time / Room:** 04/19/2016 10:00 am osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DARHMA ZAYAS
**Reporter / ECR:** ZIARA BITTMAN

**Chapter:** 11

## Matter:
Status Conference 11

## Appearances:
LYSSETTE A MORALES VIDAL
MONSITA LECAROZ ARRIBAS

## Proceedings:

Small Business: _____    Nature of Business: _____

Reasons filing bankruptcy: ___ Cash flow problem ___ Stop an eviction process ___ Stop an execution of a Judgment
Other: ___

Time table to file Disclosure Statement and the Plan:

Estimated professional fees: $ ___

Anticipated significant event:

Need for future status conference: Yes ___ No ___ Rescheduled for: ___

New 341 meeting scheduled for: ___

Other: Upon debtor's failure to appear at this hearing, and it appearing that on this date the debtor moved for the voluntary dismissal of the case (dkt #17), the case is hereby dismissed.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge